UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-08965-SVW-MBK | Date: | November 10, 2025 |
| Title: | Ernest Scoggan v. Costco Wholesale Corporation et al | | |

**Present: The Honorable   STEPHEN V. WILSON, United States District Judge**

| | |
|---|---|
| Daniel Tamayo | C/S 11-10-2025 |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Sophia Goren Gold | Mallory Anne Gitt |

**Proceedings:    NEW CASE STATUS CONFERENCE**
**MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff [21]**

    Court and Counsel confer. Status Conference held. For the reasons stated on the record, the Court takes the Motion [21] under submission.

: 5